**MEMO ENDORSED**

# KRAKOWER DICHIARA LLC
Attorneys and Counselors at Law
www.kdlawllc.com

*Michael R. DiChiara*
Member
md@kdlawllc.com
Admitted in NJ, NY, and MA

p (201) 746-0303
f (866) 417-2333

307 Bloomfield Ave
Suite 103
Caldwell, NJ 07006

43 West 43rd Street
Suite 52
New York, NY 10036

March 5, 2026

VIA ECF
Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: Norris v. Fonda of Chelsea LLC et al.
     25-cv-8767-KPF

Dear Judge Failla:

   I represent Defendants in the above referenced matter, and I write to respectfully request that the Court adjourn the initial pre-trial conference currently scheduled for March 13. I have a conflict on March 13, as I have a deposition in another matter that needs to be completed that day. In addition, I was out of the office for three says this past week, and I have been unable to review the proposed the Case Management Plan and joint letter that Plaintiff shared on March 3. Accordingly, I respectfully request that the Court adjourn the initial conference. I have contacted counsel for Plaintiff, and they consent to this request.

   Thank you for your consideration of the above.

        Respectfully submitted,

        *Michael R. DiChiara*

        Michael R. DiChiara

cc:  All counsel of record (via ecf)

Application GRANTED. The Court hereby ADJOURNS the initial pretrial conference ("IPTC"), previously scheduled for March 13, 2026, to **April 30, 2026,** at **10:30 a.m.**  As before, the conference will be telephonic. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:    March 9, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE